ADJ
PS-8
8/88

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Mark Tony Evans**     **Docket No. 5:15-CR-334-3BO**

### Petition for Action on Conditions of Pretrial Release - ADJUDICATED

COMES NOW Michael W. Dilda, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Mark Tony Evans, who was placed under pretrial release supervision by the Honorable James E. Gates, U.S. Magistrate Judge, sitting in the Court at Raleigh, on the 5th day of February, 2016. Following his pretrial release, courtesy supervision was established in the Southern District of New York (SDNY), where Evans continues to reside.

The defendant appeared before Terrence W. Boyle, the U.S. District Judge for arraignment on the 12th day of May, 2016, and supervision was continued under existing conditions.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On September 4, 2016, a traffic stop of the defendant was conducted in Brevard County, Florida, where he was issued a warning citation for Wrongful Display of a Tag. Subsequent contact with his supervising pretrial officer in the SDNY revealed Evans left their district in New York without permission to travel to Florida, where he was reportedly visiting a family member. It is noted that Evans maintains gainful employment and has submitted negative drug screens.

**PRAYING THAT THE COURT WILL ORDER:**

It is recommended that Evans be continued on pretrial supervision with the following modification:

The defendant shall abide by all conditions and terms of the home detention program until further court order. The defendant shall be restricted to his residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

On October 6, 2016, the defendant met with his supervising pretrial officer in SDNY and signed a waiver agreeing to the modification.

Mark Tony Evans
Docket No. 5:15-CR-334-3BO
Petition For Action
Page 2

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer

/s/ Michael W. Dilda
Michael W. Dilda
U.S. Probation Officer
201 South Evans Street, Rm 214
Greenville, NC 27858-1137
Phone: 252-830-2342
Executed On: October 12, 2016

## ORDER OF THE COURT

Considered and ordered the __17__ day of __October__, 2016, and ordered filed and made part of the records in the above case.

Terrence W. Boyle
U.S. District Judge