ADJ
PS-8
8/88

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Mark Tony Evans**                          **Docket No. 5:15-CR-334-3BO**

### Petition for Action on Conditions of Pretrial Release - ADJUDICATED

COMES NOW Michael W. Dilda, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Mark Tony Evans, who was placed under pretrial release supervision by the Honorable James E. Gates, U.S. Magistrate Judge, sitting in the Court at Raleigh, on the 5th day of February, 2016. Following his pretrial release, courtesy supervision was established in the Southern District of New York (SDNY), where Evans continues to reside.

The defendant appeared before Terrence W. Boyle, U.S. District Judge, for arraignment on the 12th day of May, 2016, and supervision was continued under existing conditions. On October 12, 2016, a Petition for Action on Conditions of Pretrial Release was executed advising that Evans left the SDNY without permission on September 4, 2016, when a traffic stop was conducted on the defendant in Brevard County, Florida. Evans received a warning citation for Wrongful Display of a Tag, but he failed to notify his pretrial officer of traveling out of district. On October 17, 2016, the court agreed with the probation office for Evans to abide by all conditions and terms of the home detention program, to include Location Monitoring with Radio Frequency, until further court order.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

It is recommended by the SDNY that the defendant continue participation in the home detention program, but to replace the Location Monitoring with Radio Frequency to Standalone GPS Monitoring.

**PRAYING THAT THE COURT WILL ORDER:**

It is recommended that Evans be continued on pretrial supervision with the following modification:

The defendant shall participate in the form of location monitoring indicated below until further court order, and follow monitoring procedures specified by the supervising officer which must be utilized for the purposes of verifying compliance with any court-imposed condition of supervision. The defendant must submit to the following Location Monitoring: Standalone GPS Monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Evans has signed a waiver agreeing to the modification with the SDNY.

Mark Tony Evans
Docket No. 5:15-CR-334-3BO
Petition For Action
Page 2

Reviewed and approved,

/s/ Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Michael W. Dilda
Michael W. Dilda
U.S. Probation Officer
201 South Evans Street, Rm 214
Greenville, NC 27858-1137
Phone: 252-830-2342
Executed On: February 16, 2017

## ORDER OF THE COURT

Considered and ordered the 16 day of February, 2017, and ordered filed and made part of the records in the above case.

Terrence W. Boyle
U.S. District Judge